**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Abraham Al Hadad,<br><br>v.<br><br>Equifax Information Services, LLC,<br>Experian Information Solutions, Inc.,<br>Credit Control Services, Inc.,<br>d/b/a Credit Collection Services,<br>Midland Credit Management, Inc.,<br>Portfolio Recovery Associates, LLC,<br>NRA Group, LLC,<br>d/b/a National Recovery Agency, | Case No.: CV 22-5386-DMG (KSx)<br><br>**ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE AS TO NRA GROUP, LLC d/b/a NATIONAL RECOVERY AGENCY [50]** |

| | |
|---|---|
| 1 | |
| 2 | THE COURT, having reviewed the Parties' Stipulation for Dismissal with Prejudice as to NRA Group, LLC d/b/a National Recovery Agency, DOES HEREBY ORDER that the aforementioned party is dismissed with prejudice and the above-captioned action is dismissed with prejudice in its entirety, with each party to bear its respective costs and fees. All remaining dates and deadlines are VACATED. |

DATED: June 26, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE